[No. 5643–1. Division One. September 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURIE JEAN LAMASTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79589, Barbara Durham, J., entered May 25, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5645–1. Division One. September 11, 1978.]

GUARANTY NATIONAL INSURANCE COMPANY, *Respondent,* v. JACQUELINE JEAN EMERSON, ET AL, *Defendants,* RAE JOYCE HART RUTLAND, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 803923, Nancy A. Holman, J., entered May 16, 1977. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Ringold, JJ.

[No. 5728–1. Division One. September 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY LYNN JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80463, H. Joseph Coleman, J., entered May 27, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Ringold, J.